| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) NIELSEN, WILLIAM F. | 2. Court or Organization USDC, ED OF WA | 3. Date of Report 05/04/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) JUDGE, SENIOR | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

POST OFFICE BOX 1493
SPOKANE, WASHINGTON 99210-1493

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Spokane YMCA Endowment Committee |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/04/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/04/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WFN SP WOLF | | | | | | | | | |
| 2. Cash KMS | A | Interest | J | T | | | | | |
| 3. Advansix Inc. | | None | J | T | Spinoff (from line 12) | 09/16/16 | J | | |
| 4. Auto Data Proc. Com | B | Dividend | M | T | | | | | |
| 5. Berkshire Hath | | None | M | T | | | | | |
| 6. CDK Global | A | Dividend | | | Sold | 10/02/16 | K | E | |
| 7. Com 21 Inc | | None | J | T | | | | | Dissolved-unknown type |
| 8. CSX Corp | A | Dividend | | | Sold | 11/02/16 | K | B | |
| 9. Eaton | A | Dividend | K | T | | | | | |
| 10. Green Brier | A | Dividend | J | T | | | | | |
| 11. Home Depot | B | Dividend | M | T | | | | | |
| 12. Honeywell Intl | B | Dividend | M | T | | | | | |
| 13. IBM | A | Dividend | | | Sold | 11/02/16 | J | | |
| 14. Illinois Tool Wks | A | Dividend | L | T | | | | | |
| 15. Intel Com | A | Dividend | L | T | | | | | |
| 16. Intuitive Surg | | None | L | T | | | | | |
| 17. Johnson & Johnson Com | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Stryker | A | Dividend | L | T | | | | | |
| 19. | | | | | | | | | |
| 20. WFN SP | | | | | | | | | |
| 21. Cash--Inland NW Bank | A | Interest | J | T | | | | | |
| 22. Cash--Wash. Trust Bank | A | Interest | J | T | | | | | |
| 23. | | | | | | | | | |
| 24. WFN SP83 | | | | | | | | | |
| 25. Alcoa | | None | J | T | Buy | 02/01/16 | J | | |
| 26. American Axel | | None | | | Donated | | | | |
| 27. Ameriprise Finc | A | Dividend | J | T | | | | | |
| 28. Arconic | A | Dividend | J | T | Buy | 02/01/16 | J | | |
| 29. Baxalta | A | Dividend | | | Sold | 06/03/16 | L | F | |
| 30. Baxter Intl | A | Dividend | | | Donated | | | | |
| 31. Berk Hathwy Com | | None | M | T | | | | | |
| 32. Caterpillar | A | Dividend | J | T | | | | | |
| 33. Cisco | B | Dividend | K | T | | | | | |
| 34. Coca Cola | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cognizant Tech | | None | K | T | | | | | |
| 36. Colgate Com | C | Dividend | M | T | | | | | |
| 37. Corning Inc. | A | Dividend | | | Sold | 11/03/16 | K | A | |
| 38. CSX Corp | A | Dividend | | | Sold | 11/02/16 | J | B | |
| 39. Danaher Corp. | A | Dividend | J | T | | | | | |
| 40. Disney Com | B | Dividend | M | T | | | | | |
| 41. Eaton | A | Dividend | J | T | | | | | |
| 42. Encana Corp | A | Dividend | K | T | Buy | 11/03/16 | K | | |
| 43. Fortive Corp | A | Dividend | J | T | Spinoff (from line 39) | 07/01/16 | J | | |
| 44. Freeport McMor | A | Dividend | | | Sold | 06/27/16 | K | | |
| 45. Home Depot | B | Dividend | M | T | | | | | |
| 46. Illumina Inc. | | None | K | T | Buy | 06/22/16 | K | | |
| 47. Intel Corp | A | Dividend | K | T | | | | | Error-Duplicate of Line 15 |
| 48. International Paper | B | Dividend | L | T | Buy | 06/27/16 | K | | |
| 49. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 50. KKR | B | Dividend | K | T | | | | | |
| 51. McDonalds Corp | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. NW Bancorp | | None | K | T | | | | | |
| 53. Netscout | | None | | | Sold | 02/11/16 | J | | |
| 54. Oracle Corp. | A | Dividend | K | T | | | | | |
| 55. Pfizer | A | Dividend | K | T | | | | | |
| 56. Proctor & Gamble Co. | B | Dividend | L | T | | | | | |
| 57. Safeway | A | Dividend | | | Sold | 01/10/15 | J | B | Overlooked in prior rpt. |
| 58. Schlum Berger | A | Dividend | K | T | | | | | |
| 59. Sealed Air Corp | A | Dividend | | | Sold | 02/01/16 | K | C | |
| 60. Shire PLC ADR | A | Dividend | K | T | Spinoff (from line 30) | 06/06/16 | K | | |
| 61. Spirit Aerosystems | A | Dividend | J | T | | | | | |
| 62. Starbuck's | A | Dividend | K | T | | | | | |
| 63. S.W. Airlines Com | A | Dividend | M | T | | | | | |
| 64. Taiwan Mfgr | A | Dividend | J | T | | | | | |
| 65. TJX Co., Inc. | A | Dividend | J | T | | | | | |
| 66. Target | A | Dividend | J | T | | | | | |
| 67. Tractor Supply | A | Dividend | L | T | | | | | |
| 68. Walgreen Co. | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Waters Corp. | | None | K | T | | | | | |
| 70. Wells Fargo & Co. | B | Dividend | L | T | | | | | |
| 71. Weyerhaeuser | A | Dividend | J | T | | | | | |
| 72. Zoetis | A | Dividend | J | T | | | | | |
| 73. | | | | | | | | | |
| 74. WFN SPDRSEA | | | | | | | | | |
| 75. Bank of America | A | Dividend | J | T | | | | | |
| 76. Bed Bath Beyond | | None | | | Sold | 06/10/16 | J | | |
| 77. Boeing | A | Dividend | | | Sold | 12/01/16 | K | D | |
| 78. Cash RBC Wealth Management | A | Interest | J | T | | | | | |
| 79. Chevron Corp. | A | Dividend | K | T | | | | | |
| 80. Dow Chem | A | Dividend | K | T | Buy | 06/10/16 | K | | |
| 81. Dollar Tree | | None | K | T | | | | | |
| 82. Emerson Elec | A | Dividend | J | T | | | | | |
| 83. Entravision | A | Dividend | J | T | | | | | |
| 84. Expedia | A | Dividend | J | T | Buy | 06/10/16 | J | | |
| 85. Foot Locker | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Hanes Brands Inc. | A | Dividend | K | T | Buy | 08/09/16 | K | | |
| 87. Johnson Controls | A | Dividend | | | Sold | 08/09/16 | K | C | |
| 88. J.P. Morgan Chase | A | Dividend | K | T | | | | | |
| 89. Magna Intl | A | Dividend | | | Sold | 06/10/16 | K | D | |
| 90. Marathon Oil | A | Dividend | | | Sold | 06/10/16 | J | | |
| 91. Merck | A | Dividend | K | T | | | | | |
| 92. Micron Tech | | None | | | Sold | 06/10/16 | J | | |
| 93. Norwegian Cruise Line | | None | K | T | Buy | 12/01/16 | K | | |
| 94. Oracle Corp Com | A | Dividend | K | T | | | | | |
| 95. Paccar | A | Dividend | K | T | | | | | |
| 96. Proctor & Gamble | B | Dividend | L | T | | | | | |
| 97. Starbucks | A | Dividend | K | T | | | | | |
| 98. Tenneco | | None | J | T | | | | | |
| 99. Union Pacific | A | Dividend | K | T | | | | | |
| 100. Weyerhauser | A | Dividend | K | T | | | | | |
| 101. Whirlpool | A | Dividend | K | T | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. MSN SP | | | | | | | | | |
| 104. Cash--Washington Trust Bank | A | Interest | N | T | | | | | |
| 105. Cash--R.W. Baird | B | Interest | L | T | | | | | |
| 106. Abbott Lab | A | Dividend | J | T | | | | | |
| 107. Abbvie Inc. | A | Dividend | J | T | | | | | |
| 108. AFLAC | A | Dividend | | | Sold | 03/23/16 | J | A | |
| 109. Amazon | | None | K | T | Buy | 03/31/16 | K | | |
| 110. American Express | A | Dividend | | | Sold | 03/23/16 | J | | |
| 111. American Funds-Income Fund of Amer | A | Dividend | K | T | | | | | |
| 112. Berkshire Hath | | None | L | T | | | | | |
| 113. Blackhawk Networks | | None | | | Sold | 03/23/16 | J | | |
| 114. Caterpillar | A | Dividend | K | T | | | | | |
| 115. Cisco | A | Dividend | K | T | | | | | |
| 116. Costco | A | Dividend | K | T | | | | | |
| 117. CSX | A | Dividend | K | T | | | | | |
| 118. Dow Chem | A | Dividend | | | Sold | 03/22/16 | K | | |
| 119. Eaton | A | Dividend | | | Sold | 09/14/16 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| NIELSEN, WILLIAM F. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Emerson Elec | A | Dividend | K | T | | | | | |
| 121. Exxon | A | Dividend | K | T | | | | | |
| 122. First Energy | A | Dividend | | | Sold | 03/23/16 | J | | |
| 123. Ford | A | Dividend | J | T | | | | | |
| 124. Gen Electric | A | Dividend | K | T | Buy | 04/05/16 | K | | |
| 125. Green Brier Co. | A | Dividend | | | Sold | 03/22/16 | J | | |
| 126. Halyard Health | | None | | | Sold | 03/23/16 | J | | |
| 127. Hanes Brand | A | Dividend | J | T | Buy | 08/12/16 | J | | |
| 128. Home Depot | A | Dividend | K | T | | | | | |
| 129. Intel Corp. | A | Dividend | K | T | | | | | |
| 130. Johnson Control | A | Dividend | | | Sold | 08/12/16 | K | A | |
| 131. Johnson-Johnson | B | Dividend | K | T | | | | | |
| 132. JP Morgan | A | Dividend | K | T | | | | | |
| 133. Kimberly Clark | A | Dividend | | | Sold | 09/14/16 | K | A | |
| 134. Medtronic | A | Dividend | K | T | Buy | 03/31/16 | K | | |
| 135. Mondeleze Intl | A | Dividend | K | T | | | | | |
| 136. Nike | A | Dividend | K | T | Buy | 04/05/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| NIELSEN, WILLIAM F. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Peabody Energy | A | Dividend | | | Sold | 03/29/16 | J | | |
| 138. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 139. Qualcomm | B | Dividend | K | T | Buy | 09/21/16 | K | | |
| 140. Royal Dutch Shell | A | Dividend | | | Sold | 09/14/16 | J | | |
| 141. Safeway | A | Dividend | | | Sold | 01/10/15 | | | Overlooked in prior rpt. |
| 142. Southwest Airlines | A | Dividend | K | T | | | | | |
| 143. Starbucks | A | Dividend | K | T | | | | | |
| 144. Stryker | A | Dividend | K | T | | | | | |
| 145. TAL | A | Dividend | | | Sold | 03/29/16 | J | | |
| 146. Terra Form Pwr | A | Dividend | | | Sold | 03/29/16 | J | | |
| 147. TEVA Pharm | A | Dividend | J | T | | | | | |
| 148. TJX | A | Dividend | J | T | | | | | |
| 149. Trans Ocean Ltd | A | Dividend | | | Sold | 01/21/16 | J | | |
| 150. UPS | A | Dividend | | | Sold | 09/14/16 | K | | |
| 151. Verizon | A | Dividend | J | T | | | | | |
| 152. Walgreen | A | Dividend | K | T | | | | | |
| 153. Waste Mgmt | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Weyerhauser | A | Dividend | K | T | | | | | |
| 155. | | | | | | | | | |
| 156. MSN SP R.W. Baird 4226 IRA | | | | | | | | | |
| 157. Cash-Washington Trust Bank 4226 | A | Interest | J | T | | | | | |
| 158. Amer CAP Income Bldr FD | A | Dividend | | | Sold | 03/31/16 | J | | |
| 159. American Funds-Bond Fund Amer | A | Dividend | | | Sold | 03/31/16 | J | | |
| 160. RW Baird Fund | B | Dividend | M | T | Buy | 03/31/16 | M | | |
| 161. HCP Inc. | A | Dividend | | | Sold | 03/31/16 | J | | |
| 162. American Funds-Income Fund Amer | B | Dividend | | | Sold | 03/31/16 | M | | |
| 163. Illinois Tool | A | Dividend | | | Sold | 03/31/16 | K | D | |
| 164. Potash | A | Dividend | | | Sold | 03/31/16 | J | | |
| 165. Vanguard Funds-Mega Cap Growth | A | Dividend | J | T | | | | | Error-duplicate line 169 |
| 166. Wasatch Small Cap Fund | A | Dividend | J | T | | | | | |
| 167. Vanguard Funds-Extended Mkt | A | Dividend | K | T | | | | | |
| 168. Vanguard Funds-Large Cap | A | Dividend | J | T | | | | | |
| 169. Vanguard Funds-Mega Cap Growth | A | Dividend | J | T | | | | | |
| 170. Vanguard Funds-S&P 500 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/04/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Vanguard Funds-Small Cap Value | A | Dividend | J | T | | | | | |
| 172. Vanguard Funds-Total Stock Mkt | A | Dividend | K | T | | | | | |
| 173. Vanguard Funds-Value | A | Dividend | J | T | | | | | |
| 174. Apple | A | Dividend | K | T | | | | | |
| 175. Berkshire Hathway | | None | J | T | | | | | |
| 176. Illumina | | None | J | T | Buy | 06/22/16 | J | | |
| 177. International Paper | A | Dividend | J | T | Buy | 06/22/16 | J | | |
| 178. Microsoft | A | Dividend | J | T | Buy | 06/25/16 | J | | |
| 179. Netscout Systems | | None | J | T | | | | | |
| 180. Old Dominion Frt | | None | J | T | | | | | |
| 181. Sherwin Williams | A | Dividend | K | T | | | | | |
| 182. Starbucks | A | Dividend | J | T | | | | | |
| 183. UPS | A | Dividend | J | T | | | | | |
| 184. Whirlpool | A | Dividend | J | T | | | | | |
| 185. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NIELSEN, WILLIAM F. | 05/04/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

None.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ WILLIAM F. NIELSEN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544